STATE OF NORTH CAROLINA v. CHARLES FORD

No. 7017SC448

(Filed 26 August 1970)

APPEAL by defendant from *Bowman, S.J.*, 30 March 1970 Criminal Session of ROCKINGHAM County Superior Court.

Defendant was charged in a bill of indictment with the felony of assault with intent to commit rape. He entered a plea of guilty and now appeals from judgment entered on his plea imposing a prison sentence of not less than five nor more than seven years.

*Robert Morgan, Attorney General, by Edward L. Eatman, Jr., Staff Attorney, for the State.*

*J. Hoyte Stultz, Jr. for defendant appellant.*

GRAHAM, J.

Two assignments of error are set forth in the record. However, defendant's court appointed counsel candidly concedes in his brief that the assignments of error are without merit. We agree. We have also reviewed the record proper and conclude that no prejudicial error appears on the face thereof.

No error.

BROCK and MORRIS, JJ., concur.